IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03345-AP

CARL JAY WALKER,

        Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security

        Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
BRUCE C. BERNSTEIN
1828 Clarkson Street #100
Denver, CO 80218
(303) 830-3200
bcb@bcblaw.biz

For Defendant:
JOHN F. WALSH
United States Attorney

J. BENEDICT GARCÍA
Assistant United States Attorney
United States Attorney's Office
District of Colorado

THOMAS H. KRAUS
Special Assistant United States Attorney
Social Security Administration, Region VIII
Office of the General Counsel
1961 Stout St., Ste. 4169
Denver, CO 80294-4003
Telephone: (303) 844-0017
tom.kraus@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

- A. **Date Complaint Was Filed:** 12/12/13

- B. **Date Complaint Was Served on U.S. Attorney's Office:** 12/30/13

- C. **Date Answer and Administrative Record Were Filed:** 2/28/14

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The partes, to the best of their knowledge, state that the administrative record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

- A. **Plaintiff's Statement:** Plaintiff's attorney did not represent Plaintiff at the Administrative hearing and thus needs to review the extensive record before having a firm position as to whether additional evidence might be available or helpful.

- B. **Defendant's Statement:** None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

- A. **Plaintiff's Statement:** Plaintiff's attorney did not represent Plaintiff at the Administrative hearing. However, from brief review of the record, this case does not appear to raise anything out of the ordinary.

- B. **Defendant's Statement:** This case does not involve unusually complicated or out-of-the-ordinary claims.

**7. OTHER MATTERS**

None.

## 8. BRIEFING SCHEDULE

    A.    **Plaintiff's Opening Brief Due:** 5/2/14

    B.    **Defendant's Response Brief Due:** 6/6/14

    C.    **Plaintiff's Reply Brief (If Any) Due:** 6/20/14

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    A.    **Plaintiff's Statement:** Plaintiff's attorney did not represent Plaintiff at the Administrative hearing and thus is unable to make a determination as to whether oral argument will be helpful. This matter will be addressed in Plaintiff's Opening Brief.

    B.    **Defendant's Statement:** Oral Argument not requested.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

    A.    **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **( X ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 18th day of <u>March</u>, 2014.

                                                    BY THE COURT:

                                                    *S/John L. Kane*
                                                    U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Bruce C. Bernstein<br>BRUCE C. BERNSTEIN<br>1828 Clarkson Street #100<br>Denver, CO 80218<br>(303) 830-3200<br>bcb@bcblaw.biz<br><br>Attorney for Plaintiff-Appellant | UNITED STATES ATTORNEY<br><br>JOHN F. WALSH<br>United States Attorney<br><br>J. BENEDICT GARCÍA<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br><br>THOMAS H. KRAUS<br>Special Assistant United States Attorney<br>Social Security Administration, Region VIII<br>    Office of the General Counsel<br>    1961 Stout St., Ste. 4169<br>    Denver, CO 80294-4003<br>    Telephone: (303) 844-0017<br>    tom.kraus@ssa.gov<br><br>Attorneys for Defendant |